No. 939. OVERNIGHT MOTOR TRANSPORTATION Co., INC. *v.* MISSEL. February 16, 1942. Petition for writ

of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. The motion of respondent for leave to proceed further *in forma pauperis* is also granted. *Messrs. John R. Norris* and *J. Ninian Beall* for petitioner. *Messrs. W. Hamilton Whiteford, William O. Tydings,* and *George A. Mahone* for respondent.